IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL ACTION NO.: 1:11-2469 |
| Plaintiff, ) | |
| vs. ) | |
| A Burgundy Oldsmobile Cutlass, ) VIN: 342671M203628, and ) | |
| A Silver Chevrolet Impala, VIN ) 164698D145683 ) | |
| Defendants *In Rem*. ) | |

## ORDER DISMISSING CASE

The Plaintiff, United States of America, has moved to dismiss this case without prejudice. On January 23, 2012, the vehicles constituting the defendants *in rem* in this civil forfeiture action were criminally forfeited in the case of United States v. Lamatavous Regtez Collins, Cr. No. 1:10-466 (Entry 966). The criminal forfeiture of the vehicles renders this civil forfeiture action moot.

Accordingly, it is ordered that this civil action is dismissed, without prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. Pro.

AND IT IS SO ORDERED.

Terry L. Wooten
United States District Judge

Florence, South Carolina

January 25, 2012