AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:11-cv-02469-TLW-SVH |
| Oldsmobile Cutlass VIN 342671M203628, Burgundy; Chevrolet Impala VIN 164698D145683, Silver, | ) ) ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, the United States of America, shall take nothing of the defendants Oldsmobile Cutlass VIN 342671M203628 and Chevrolet Impala VIN 164698D145683, as to the complaint filed pursuant to 21 U.S.C. §881 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge, presiding, granting the plaintiff's motion to dismiss and dismissing the action without prejudice.

Date:   January 25, 2012                                                *CLERK OF COURT*

                                                                           s/Ashley Buckingham
                                                                  *Signature of Clerk or Deputy Clerk*